UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY      22-cv-3616 (JGK)
SITUATED,
                                    ORDER
                Plaintiffs,

        - against -

NEW HARVEST COFFEE ROASTERS, INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

   The conference scheduled for July 12, 2022, is canceled.

SO ORDERED.

Dated:   New York, New York
         July 5, 2022

                                    _____
                                        John G. Koeltl
                                    United States District Judge